1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
6  JOSE ANTONIO ARREDONDO-GAMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00162 AWI |
|---|---|---|
| Plaintiff, | ) | ***AMENDED*** STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE; ORDER THEREON |
| v. | ) | |
| JOSE ANTONIO ARREDONDO-GAMEZ, | ) | Date:  September 8, 2008 |
| Defendant. | ) | Time:  9:00 am |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-referenced matter now set for August 4, 2008, may be continued to September 8, 2008, at 9:00 A.M.**

This continuance is requested by counsel for Defendant to allow him additional time for defense preparation and investigation, and to allow the parties time for negotiation prior to hearing.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and
4  (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: July 31, 2008                    By: /s/ Ian L. Garriques
                                        IAN L. GARRIQUES
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: July 31, 2008                    By: /s/ Marc Days
                                        MARC DAYS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        JOSE ANTONIO ARREDONDO-GAMEZ

## **O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    August 1, 2008**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE